UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TIFFANY NAOMI CADELY,

                        CV-05-2153(DRH)(MLO)

        Plaintiff,

   -against-                       STIPULATION OF
                                        DISCONTINUANCE

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT and POLICE OFFICER GIA BROWN,

        Defendants.
-----------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action, including any cross-claims, be, and the same hereby is discontinued, as against all Parties with prejudice. This stipulation may be filed with the Clerk of the Court, without further notice.

Dated: Mineola, New York
           May 25, 2006

| | |
|---|---|
| SPIRN & SPIRN | LORNA B. GOODMAN |
| Attorneys for Plaintiff | Nassau County Attorney |
| 33 Walt Whitman Road, Suite 204 | Attorney for County Defendants |
| Huntington Station, New York 11746 | One West Street, 2nd Floor |
| | Mineola, New York 11051 |
| By: _____ | By: _____ |
| Jennifer Spirn | Sara Wells |
| (634) (631) 385-0150 | (516) 571-3011 |